# Supreme Court of Kentucky

2023-SC-0240-D
(2022-CA-0361)


FERGUSON ENTERPRISES, INC.                            MOVANT


V.

JEFFERSON CIRCUIT COURT
18-CI-004719


DREAMLAND HOSPITALITY, LLC                      RESPONDENT


## OPINION AND ORDER

The motion for discretionary review is granted. The Court of Appeals decision is vacated and the case is remanded to the Court of Appeals for correction of the title and final paragraph of the majority opinion. The title incorrectly designates the opinion as Vacating and Remanding. The opinion should be titled as Affirming in Part and Vacating and Remanding in Part. The final paragraph incorrectly states that the order of the Jefferson Circuit court is vacated and the case is remanded for further proceedings consistent with the opinion. The final paragraph should state that the circuit court's order denying Ferguson's motion to enforce the purported settlement agreement is affirmed,

the circuit court's order declaring Ferguson's lien invalid is vacated, and the case is remanded for further proceeding consistent with the opinion.

All sitting. All concur.

ENTERED: October 18, 2023.

CHIEF JUSTICE